```
MARYANNE MORSE, CLERK OF CIRCUIT COURT
SEMINOLE COUNTY
BK 07446 Pgs 1557 - 1558; (2pgs)
CLERK'S # 20101078O5
RECORDED 09/16/2010 02:09:07 PM
DEED DOC TAX 1,400.00
RECORDING FEES 18.50
RECORDED BY T Smith
```

THIS INSTRUMENT PREPARED BY
AND RETURN TO:
Heather Wittstock
Florida Default Law Group, P.L.
9119 Corporate Lake Drive, Suite 300
Tampa, Florida 33634
(813) 251-4766
ECS No. G10040761

## WARRANTY DEED

THIS INDENTURE, made this 21st day of June, 2010, between LATOYA C. MCCLAM, A SINGLE WOMAN, whose mailing address is 821 GRAND REGENCY POINTE, UNIT 202, ALTAMONTE SPRINGS, FL 32714 parties of the first part ("Grantor"), and SECRETARY OF HOUSING AND URBAN DEVELOPMENT, whose mailing address is 2100 Coral Way, Suite 504, Miami, FL 33145-2657, party of the second part ("Grantee"),

### WITNESSETH:

That the said parties of the first part, does hereby grant and convey to the parties of the second part, in lieu of foreclosure, for and in consideration of the sum of TEN AND NO/100THS DOLLARS ($10.00) AND OTHER GOOD AND VALUABLE CONSIDERATION paid, the receipt whereof is hereby acknowledged, have granted, bargained, sold and transferred, and by these presents do grant, bargain, sell and transfer unto the said party of the second part and its assigns forever, all that certain parcel of land lying and being in SEMINOLE County, Florida, more particularly described as follows:

LOT 133, OF MAGNOLIA CLUB, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 67, AT PAGES 75 THROUGH 79, OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA.

(The acceptance of this Warranty Deed is in lieu of foreclosure, is intended to constitute a Deed In Lieu of Foreclosure and is under and subject to the provision for that certain mortgage dated May 26, 2006 in the original amount of $203,791.00 given to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR DHI MORTGAGE COMPANY LTD and recorded in Official Records Book 6283 at Page 354 in the public records of SEMINOLE County, Florida. Additionally, the acceptance of this Deed is intended to be an absolute conveyance of title and not as additional security with respect to the below-described Mortgage, by Grantee shall not constitute a merger of the fee simple title with the aforesaid Mortgage, nor shall the acceptance of the Warranty Deed by Grantee operate to satisfy the indebtedness secured by the aforesaid Mortgage. The aforesaid Mortgage shall only be satisfied when an instrument satisfying same is recorded.)

TOGETHER with all the tenements, hereditaments and appurtenances, with every privilege, right, title, interest and estate, dower and right of dower, reversion, remainder and easement thereto belonging or in anyway appertaining: TO HAVE AND TO HOLD the same in fee simple forever.

And the said parties of the first part do covenant with the said party of the second part that they are lawfully seized of the said premises, that the property is free from all encumbrances except: (1) Taxes for the year 2010 and subsequent years; (2) Conditions, restrictions, limitations, and easements of record; and (3) that certain Mortgage dated May 26, 2006, recorded June 12, 2006, in Official Records Book 6283, at Page 354, of the public records of SEMINOLE County, Florida, given by LATOYA C. MCCLAM, A SINGLE WOMAN, to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR DHI MORTGAGE COMPANY LTD, and that they possess good right and lawful authority to sell the same; and that the said parties of

FILE_NUMBER: G10040761

Serial: 13711688
DOC_ID: M029000



**EXHIBIT "A"**

the first part do hereby fully warrant the title to the said land, and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, the said parties of the first part have set their hands on the day and year above written.

Signed, sealed and delivered
in our presence:

Witness #1
Print Name: Dontrell Conley

LATOYA C. MCCLAM

Witness #2
Print Name: Millesa Conyatt

STATE OF FLORIDA
COUNTY OF Seminole

I HEREBY CERTIFY that on this 21st day of June, 2010, before me personally appeared LATOYA C. MCCLAM to me known to be the persons described in and who executed the foregoing conveyance to SECRETARY OF HOUSING AND URBAN DEVELOPMENT, and acknowledge the execution thereof to be their free act and deed for the uses and purposes therein mentioned, who are personally known to me or have produced FL Drivers License as identification.

WITNESS my signature and official seal at Goin' Postal Apopka in the County of Seminole and State of Florida, the day and year last aforesaid.

Notary Public
My Commission Expires: 01/26/2013

RONAK LIMBACHIA
MY COMMISSION # DD854708
EXPIRES January 26, 2013
(407) 398-0153    FloridaNotaryService.com



# Detailed Information for Case 2011CC004421

| | | |
|---|---|---|
| **Case Number:** 2011CC004421 | | **Judge:** DONALD L. MARBLESTONE |
| **Date Filed:** 10/31/2011 | | **Case Type:** FORECLOSURE |

**Plantiffs:**
- MAGNOLIA CLUB HOMEOWNERS ASSN INC

**Defendants:**
- SECRETARY OF HOUSING & URBAN DEVELOPMENT

| Date | Code | Description |
|---|---|---|
| 07/03/2012 | CKMD | CHECK MAILED #492078 $22,819.93 TO MAGNOLIA CLUB HOA INC |
| 07/02/2012 | C | CERTIFICATE OF DISBURSEMENT |
| 07/02/2012 | C | CERTIFICATE OF TITLE SAMEER PEERA |
| 06/07/2012 | A | AFFIDAVIT AS TO ADDITIONAL ATTORNEYS TIME & COSTS SINCE ENTRY OF FINAL JUDGMENT OF FORECLOSURE BY PLTF MAGNOLIA CLUB |
| 05/17/2012 | CTSA | CERTIFICATE OF SALE $44,100, SAMEER PEERA, 3RD PARTY BIDDER; W/PROOF OF PUBLICATION |
| 05/17/2012 | CDEP | CERTIFICATE OF DEPOSIT $41,800 INTO CONTRA (# 007194) FROM SAMEER PEERA |
| 05/17/2012 | CDEP | CERTIFICATE OF DEPOSIT $2,300 INTO CONTRA (# 007178) FROM SAMEER PEERA |
| 05/17/2012 | SCBD | SCHEDULE OF BIDS 5/29/12 |
| 04/18/2012 | NSAL | NOTICE OF SALE 5/17/12 @ 11:00 AM |
| 04/16/2012 | FJ | FINAL JUDGMENT AGAINST DEFT SECRETARY OF HOUSING & URBAN DEVELOPMENT 4/13/12-S |
| 03/15/2012 | AM | AMENDED NOTICE OF HEARING 4/13/12 11:15AM-S BY PLTF MAGNOLIA CLUB HOA INC |
| 03/15/2012 | AM | AMENDED NOTICE OF HEARING 4/13/12 11:15AM-S BY PLTF MAGNOLIA CLUB HOA INC |
| 03/05/2012 | NHCY | AMENDED NOTICE OF HEARING 3/14/12 1:30PM-S BY PLTF MAGNOLIA CLUB HOA INC |
| 02/14/2012 | A | AFFIDAVIT OF REASONABLE ATTORNEYS FEES BY PLTF MAGNOLIA CLUB HOA |
| 02/14/2012 | NFIL | NOTICE OF FILING AFFIDAVIT OF REASONABLE ATTORNEYS FEES BY PLTF MAGNOLIA CLUB HOA |
| 02/09/2012 | NODP | NOTICE OF DROPPING PARTY DEFT, TENANT #1-4 |
| 02/09/2012 | A | AFFIDAVIT AS TO ATTORNEYS TIME & COSTS BY PLTF MAGNOLIA CLUB HOA INC |
| 02/09/2012 | A | AFFIDAVIT OF INDEBTEDNESS BY PLTF MAGNOLIA CLUB HOA |
| 02/09/2012 | NFIL | NOTICE OF FILING AFFIDAVIT OF INDEBTEDNESS BY PLTF MAGNOLIA CLUB HOA |
| 02/09/2012 | MFSJ | MOTION FOR SUMMARY JUDGMENT & INCORPORATED MEMO OF LAW BY PLTF MAGNOLIA CLUB HOA |
| 01/19/2012 | NHCY | NOTICE OF HEARING 2/29/12 1:30PM-S BY PLTF MAGNOLIA CLUB HOA INC |
| 01/13/2012 | MDEN | MOTION FOR DEFAULT/ENTERED SECRETARY OF HUD 1/18/12 |
| 01/06/2012 | SUSD | SUMMONS RETURNED SERVED SD SECRETARY HOUSING & URBAN DEVELOPMENT 12/19/11 |
| 12/19/2011 | SUMR | SUMMONS RETURNED UNSERVED TENANT #1 |

**EXHIBIT "B"**

| 11/01/2011 | SUMI | SUMMONS ISSD 20D SECRETARY OF HOUSING & URBAN DEVELOPMENT - MLD ATTY\|SUMMONS ISSD 20D TENANT # 1 - MLD ATTY |
| 10/31/2011 | LISP | LIS PENDENS PAID $5.00 |
| 10/31/2011 | CCST | CIVIL COVER SHEET |
| 10/31/2011 | CMPL | COMPLAINT FILED AT COURTHOUSE |

IN THE COUNTY COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT IN AND FOR
SEMINOLE COUNTY, FLORIDA

MAGNOLIA CLUB HOMEOWNERS
ASSOCIATION, INC., a Florida not-for-profit
corporation,
    Plaintiff,
v.                                  CASE NO.: 2011-CC-4421-20L-S
SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, et al.,
    Defendants.
_____/   **Publish in Sanford Herald**

### FINAL JUDGEMENT

THIS CAUSE having come before the Court on Plaintiff's Motion for Summary Final Judgment and the Court having considered the Motion and having reviewed the pleadings, exhibits and Affidavits filed therein, and the Court having reviewed the Court file and being otherwise fully advised, it is, ORDERED AND ADJUDGED that:

1. The Court has jurisdiction of the parties and the subject matter hereto.

2. Plaintiff's Motion for Summary Final Judgment is hereby GRANTED. Judgment is hereby entered in favor of Plaintiff, MAGNOLIA CLUB HOMEOWNERS ASSOCIATION, INC., a Florida not-for profit corporation (the "Plaintiff"), whose address is c/o Katzman Garfinkel & Berger, 300 North Maitland Avenue, Maitland, Florida 32751, and against Defendant, SECRETARY OF HOUSING AND URBAN DEVELOPMENT (the "Defendant"), whose last known addresses are: 2310 Little Gem Loop, Sanford, Florida 32773, 3476 Stateview Blvd, Fort Mill, South Carolina, 29715 and/or 3476 Stateview Blvd, MAC #X7801-013, Fort Mill, South Carolina, 29715 as to Count I, Breach of Contract. Further, Judgment is entered in favor of Plaintiff, MAGNOLIA CLUB HOMEOWNERS ASSOCIATION, INC., and against all named defendants in this action who may claim any interest in the subject property at issue as to

*08449-023*

Count II, Claim of Lien Foreclosure, including without limitation, SECRETARY OF HOUSING AND URBAN DEVELOPMENT.

3. The equities are with the Plaintiff. That there is due to the Plaintiff, MAGNOLIA CLUB HOMEOWNERS ASSOCIATION, INC., by the Defendant, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, the following amounts which are attributed as damages resulting from Defendant's breach of contract as to Count I of the Complaint and/or due to Plaintiff on account of the lien herein sought to be foreclosed as to Count II of the Complaint:

(a) $16,105.17 — Principal and Accrued Interest through April 13, 2012;
(b) $1,546.05 — Water Charges through April 13, 2012;
(c) $829.04 — For costs now taxed;
(d) $3,496.51 — For reasonable attorneys' fees;
(e) <$0.00> — Less payments received;
TOTAL $21,977.88 — together with post-judgment interest at the rate of 4.75% per annum from the date of the entry of this Final Judgment through June 30, 2012 and at such interest rate after that date as may be adjusted in accordance with Section 55.03 of the Florida Statutes, as it may be amended and/or renumbered from time to time.

**For which let execution issue forthwith.**

4. Plaintiff holds a lien for the total sum referred to in Paragraph 3 above, plus interest, superior to any claim, right, title, interest and/or estate of all named defendants in this action and all persons, corporations and/or other entities claiming by, through or under the defendants or any of them on the following described real property located in Seminole County, Florida (the "Property"):

*08449-023*

Lot 133, Magnolia Club, according to the Plat thereof, as recorded in Plat Book 67, Pages 75 through 79, inclusive, of the Public Records of Seminole County, Florida.

The Property is located at the street address of:

1211 Little Gem Loop, Sanford, Florida 32773

In accordance with Section 45.031(1)(a), Florida Statutes, if the total sum with interest at the rate prescribed by law and all costs of this action accruing subsequently to this Final Judgment, are not paid by the date of the foreclosure sale or the date the Certificate of Sale is issued, whichever occurs last, the Clerk of this Court **shall immediately** sell the Property at public sale on May 17, 2012 at 301 North Park Avenue, Room S201 in Seminole County, Sanford, Florida 32771, in accordance with Section 45.031 of the Florida Statutes, beginning at 11:00 A.M.. on the prescribed date. As prescribed by Florida law, the sale date set forth herein shall take place not less than 20 days nor more than 35 days from the date of this Final Judgment, without consent of Plaintiff's counsel.

6. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if the Plaintiff is not the purchaser of the Property at the sale; provided, however, that the purchaser of the Property at the sale shall be responsible for the documentary stamps payable on the Certificate of Title. If the Plaintiff is the purchaser of the Property, the Clerk of the Courts shall credit Plaintiff's bid with the total sum of this Final Judgment with interest and costs accruing subsequent to this Final Judgment or such part of it as necessary to pay it in full.

7. In the event that the Plaintiff is the successful bidder at the sale, the Plaintiff shall be entitled to assign the successful bid to a third party, without further order of the Court,

08449-023

and upon the Plaintiff submitting an Assignment of Bid, the Clerk is instructed to issue the Certificate of Title to any third party named therein.

8. On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, as far as they are sufficient by paying in the following order:

   (a) All of the Plaintiff's costs;

   (b) Documentary Stamps affixed to the Certificate;

   (c) Plaintiff's attorneys' fees;

   (d) The total sum due Plaintiff, less the items paid, plus post-judgment interest at the rate prescribed in Paragraph 3 above, from this date to the date of the sale; and

   (e) By retaining any amount remaining pending the further Order of this Court.

9. On filing the Certificate of Sale, Defendant's Right of Redemption as prescribed by Section 45.0315, Florida Statutes, shall be terminated. On filing the Certificate of Sale with respect to the Property described in Paragraph 4 above, all defendants named in this action, and all persons claiming by, through, under or against them since the filing of Notice of Lis Pendens in this action, are foreclosed of all estate, interest and/or claim in the Property described in Paragraph 4 above. On filing the Certificate of Title with respect to the Property described in Paragraph 4 above, the person or entity named on the Certificate of Title shall be let into possession of the Property. The Clerk of the Court is hereby ordered to issue a Writ of Possession upon demand by the person or entity named on the Certificate of Title without further order of this Court.

10. The Court finds, based upon the affidavits presented and upon inquiry of counsel for Plaintiff, that <u>16.2</u> hours were reasonably expended by Plaintiff's counsel and that an hourly rate of <u>$250.00</u> is appropriate. PLAINTIFF'S COUNSEL HAS REPRESENTED

08449-023

THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH THE PLAINTIFF. The Court further finds that there are no reduction and/or enhancement factors for consideration by the Court pursuant to Florida Patient's Compensation Fund v. Rowe, 472 So.2d 1145 (Fla. 1985).

11. IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT.

12. IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN SIXTY (60) DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

13. IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT AT THE SEMINOLE COUNTY COURTHOUSE, 301 NORTH PARK AVENUE, ROOM S201, SANFORD, FLORIDA 32771, WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

14. IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY

ALL PAPERS YOUR ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT LEGAL AID SERVICE OF SEMINOLE COUNTY, INC. TO SEE IF YOU QUALIFY FINANCIALLY FOR ITS SERVICES. IF IT CANNOT ASSIST YOU, IT MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT LEGAL AID SERVICE OF SEMINOLE COUNTY FOR ASSISTANCE, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

DONE and ORDERED in Chambers in Sanford, Seminole County, Florida this __13__ day of ~~February~~ April, 2012.

_____
County Court Judge

Copies Furnished to:
Erik F. Whynot, Esq., Katzman Garfinkel & Berger, 300 North Maitland Avenue, Maitland, FL 32751
Secretary of Housing and Urban Development, 1211 Little Gem Loop, Sanford, Florida 32773
Secretary of Housing and Urban Development, 3476 Stateview Blvd, MAC #X7801-013, Fort Mill, SC 29715
Secretary of Housing and Urban Development, 3476 Stateview Blvd, Fort Mill, SC 29715

*08449-023*

19.02.2013 08:20 4076282189 PAGE 1/

IN THE CIRCUIT COURT OF THE EIGHTEEN JUDICIAL CIRCUIT, IN AND FOR SEMINOLE COUNTY, FLORIDA

MAGNOLIA CLUB HOMEOWNERS
ASSOCIATION, INC., a Florida not-for-profit
corporation,
    Plaintiff,

v.                                  CASE NO: 2011-CC-4421-20L-S

SECRETARY OF HOUSING AND URBAN
DEVELOPMENT, et al.,
    Defendants.
_____/

### CERTIFICATE OF TITLE

The undersigned Clerk of the Court certifies that he/she executed and filed a Certificate of Sale in this action on the 17th day of May, 2012, for the property described herein and that no objections to the sale have been filed within the time allowed for filing such objections.

The property in SEMINOLE County, Florida:

Lot 133, Magnolia Club, according to the Plat thereof, as recorded in Plat Book 67, Pages 75 through 79, inclusive, of the Public Records of Seminole County, Florida.

The Property is located at the street address of:

1211 Little Gem loop, Sanford, Florida 32773

was sold to    Sameer Peera   , whose mailing address is

1114 Greenstone Blvd #202, Lake Mary, FL 32746

WITNESS my hand and official seal of the Court on 2nd day of July, 2012.

MARYANNE MORSE
CLERK OF THE COURT

By _____
Deputy Clerk

MARYANNE MORSE, CLERK OF CIRCUIT COURT
CLERK OF SEMINOLE COUNTY
BK 07802 Pg 1399; (1pg)
FILE NUM 2012077395
RECORDED 07/02/2012 03:39:08 PM
DEED DOC STAMPS 308.70
RECORDING FEES 0.00
RECORDED BY J Eckenroth(all)

**EXHIBIT "D"**

Book7802/Page1399     CFN#2012077395